UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    -v.-                         :     **MISDEMEANOR**
                                         **INFORMATION**

ASHLEY BRYANT,                   :     07 Cr.

                Defendant :



07 CRIM 1085

- - - - - - - - - - - - - - - - - -x

COUNT ONE

    The United States Attorney charges:

    From in or about January 8, 2007, through on or about January 19, 2007, in the Southern District of New York and elsewhere, ASHLEY BRYANT, the defendant, being an employee of an insured bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, unlawfully, willfully, and knowingly did embezzle, abstract, purloin, and willfully misapply moneys, funds and credits of such bank, to wit, BRYANT embezzled funds from the branch of Citibank in the Bronx where he was an employee by cashing, depositing, or causing to be deposited fraudulent checks.

    (Title 18, United States Code, Section 656.)


                                                *Michael J. Garcia*
                                                MICHAEL J. GARCIA
                                                United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2007

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ASHLEY BRYANT,**

Defendant.

<u>**MISDEMEANOR**</u>
<u>**INFORMATION**</u>

07 Cr.

(18 U.S.C. § 656)

<u>MICHAEL J. GARCIA</u>
United States Attorney.
