AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 07-CR-1085

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ASHLEY BRYANT

I certify that I am admitted to practice in this court.

12/19/2007
Date

Signature

HUGH M. MUNDY                                    9500
Print Name                                       Bar Number

52 DUANE STREET, TENTH FLOOR
Address

NEW YORK           NY                10007
City               State             Zip Code

(212) 417-8700              (212) 571-0392
Phone Number                Fax Number