UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **MISDEMEANOR INFORMATION** |
| -v.- | : | |
| ASHLEY BRYANT, | : | S1 07 Cr. |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

From in or about January 8, 2007, through on or about January 19, 2007, in the Southern District of New York and elsewhere, ASHLEY BRYANT, the defendant, being an employee of an insured bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, unlawfully, willfully, and knowingly did embezzle, abstract, purloin, and willfully misapply moneys, funds and credits of such bank, to wit, BRYANT embezzled funds from the branch of Citibank in Manhattan where he was an employee by cashing, depositing, or causing to be deposited fraudulent checks.

(Title 18, United States Code, Section 656.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: _____

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney