# United States District Court

SOUTHERN _____ DISTRICT OF _NEW YORK_

| UNITED STATES OF AMERICA | CONSENT TO PROCEED BEFORE |
| V. | UNITED STATES MAGISTRATE IN |
| | A MISDEMEANOR CASE |

_Ashley K. Bryant_

CASE NUMBER: _07-CR-1085_

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** **Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

X _[signature]_
_____,
Defendant

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 1-9-08*

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** **Waive (give up) my right to trial by jury.** _____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** **Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____,
Defendant

_[signature]_
_____
Defendant's Attorney (if any)

Approved By: _Kevin Nathaniel Fox_
U.S. Magistrate

_1/9/08_
Date