```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

             -against-                     :
                                                    ORDER
ASHLEY BRYANT                              :        07 CR 1085 (KNF)

             Defendant.                    :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 02/01/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that sentencing in the above captioned case, scheduled previously for March 24, 2008, at 10:30 a.m., will be held on March 24, 2008, at 1:00 p.m.

Dated: New York, New York
       January 31, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE