**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED
MAR 03 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

March 3, 2008

BY FAX

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 530
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/4/08

      Re: <u>United States v. Ashley Bryant</u>,
          07 Cr. 1085

Dear Judge Fox:

    The defendant in the above-referenced case is scheduled to be sentenced by the Court on March 24, 2008. The Government writes to respectfully request an adjournment of the sentencing date of approximately 90 days. The Government has contacted defense counsel, Hugh M. Mundy of the Federal Defenders of New York, who consents to this request.

3/4/08
Application granted. The sentencing proceeding will be held on June 23, 2008, at 10:30 a.m.

SO ORDERED:

*Kevin Nathaniel Fox*
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    Daniel S. Goldman
    Assistant United States Attorney
    Tel.: (212) 637-2289

Cc: Hugh M. Mundy, Esq. (Via Facsimile)