UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                  :

      -against-                                        :        ORDER

ASHLEY BRYANT,                                      :        07 CR 1085 (KNF)

              Defendant.                       :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The sentencing proceeding in the above-captioned action, previously scheduled for June 23, 2008, is cancelled.

Dated: New York, New York
       June 17, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies sent via facsimile to:

Martin Cohen, Esq.
Daniel S. Goldman, Esq.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # ___ DATE FILED: 6/17/08]